**Fill in this information to identify the case:**

Debtor name   QVA9 Management Inc.

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK

Case number (if known)   22-42582

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☒ No.   Go to Part 2.
☐ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**   **Current value of debtor's interest**

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☒ No.   Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.   Go to Part 4.
☒ Yes Fill in the information below.

11. **Accounts receivable**

    11a. 90 days old or less:      22,800.00   -     22,800.00   = ....                    $0.00
                                face amount        doubtful or uncollectible accounts

    11b. Over 90 days old:        121,600.00   -    121,600.00   =....                    $0.00
                                face amount        doubtful or uncollectible accounts

12. **Total of Part 3.**                                                                   $0.00

    Current value on lines 11a + 11b = line 12.   Copy the total to line 82.

**Part 4:    Investments**

13. **Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

---

Official Form 206A/B            Schedule A/B Assets - Real and Personal Property            page 1

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Debtor    QVA9 Management Inc.                                    Case number *(If known)*  22-42582
          Name

### Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☒ No.   Go to Part 6.
    ☐ Yes Fill in the information below.

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☒ No.   Go to Part 7.
    ☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☒ No.   Go to Part 8.
    ☐ Yes Fill in the information below.

### Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☒ No.   Go to Part 9.
    ☐ Yes Fill in the information below.

### Part 9: Real property

54. **Does the debtor own or lease any real property?**

    ☐ No.   Go to Part 10.
    ☒ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

    | Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|---|---|
    | 55.1.  99-04 212 Street<br>Jamaica, NY 11429 | Fee Simple | Unknown | | Unknown |

56. **Total of Part 9.**                                                                                                         $0.00

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☒ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

### Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☒ No.   Go to Part 11.

| Debtor | QVA9 Management Inc. | Case number *(If known)* | 22-42582 |
|---|---|---|---|
| | Name | | |

☐ Yes Fill in the information below.

### Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ☒ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable** <br> Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)** <br> Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** <br><br> Accord Property and General Liability Insurance Policy | $0.00 |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** <br> Action against Tiffany Clarke seeking eviction and costs and disbursements of this proceeding (LT-300722-22/QU) <br> **Nature of claim**   Eviction proceeding <br> **Amount requested**   $0.00 | $0.00 |
| | Action against Joe Ladson seeking eviction (LT-50078-21/QU) <br> **Nature of claim**   Eviction proceeding <br> **Amount requested**   $0.00 | $0.00 |
| | QVA9 Management Inc. v. Lydia Spicer seeking eviction and costs and disbursements of this proceeding (LT-319111-22/QU) <br> **Nature of claim**   Eviction proceeding <br> **Amount requested**   $0.00 | $0.00 |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. | **Total of Part 11.** <br><br> Add lines 71 through 77. Copy the total to line 90. | $0.00 |
| 79. | **Has any of the property listed in Part 11 been appraised by a professional within the last year?** <br> ☒ No <br> ☐ Yes | |

Debtor   QVA9 Management Inc.                                  Case number *(If known)* 22-42582
         Name

## Part 12:  Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.............................................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $0.00 |

**Fill in this information to identify the case:**

Debtor name: QVA9 Management Inc.

United States Bankruptcy Court for the: EASTERN DISTRICT OF NEW YORK

Case number (if known): 22-42582

☐ Check if this is an amended filing

Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property  12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**
☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
☒ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A* — **Amount of claim** — Do not deduct the value of collateral.
*Column B* — **Value of collateral that supports this claim**

---

**2.1** HSBC Bank USA, N.A. Trustee
Creditor's Name
P.O. Box 31785
Tampa, FL 33631-3785
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Describe debtor's property that is subject to a lien
99-04 212 Street Jamaica, NY 11429

Describe the lien
First Mortgage

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Column A: $494,400.00
Column B: $0.00

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
1. HSBC Bank USA, N.A. Trustee
2. NYC Department of Housing Preservation
3. Nationstar Mortgage LLC (Mort. servicer)
4. NYC Water Board

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☒ Unliquidated
☒ Disputed

---

**2.2** Nationstar Mortgage LLC (Mort. servicer)
Creditor's Name
Aldridge Pite LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-7921
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Describe debtor's property that is subject to a lien
99-04 212 Street Jamaica, NY 11429

Describe the lien

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☐ No

Column A: $0.00
Column B: $0.00

---

| Debtor | QVA9 Management Inc. | Case number (if known) | 22-42582 |
|---|---|---|---|
| | Name | | |

☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No <br> ☒ Yes. Specify each creditor, including this creditor and its relative priority. <br> Specified on line 2.2 | ☐ Contingent <br> ☒ Unliquidated <br> ☒ Disputed |

---

| 2.3 | NYC Department of Housing Preservation | Describe debtor's property that is subject to a lien | $64,232.89 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | 99-04 212 Street Jamaica, NY 11429 | | |
| | 100 Gold Street, 3rd Floor <br> New York, NY 10038 | | | |
| | Creditor's mailing address | **Describe the lien** <br> Mechanic's Lien | | |
| | | **Is the creditor an insider or related party?** <br> ☒ No | | |
| | Creditor's email address, if known | ☐ Yes <br> **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ☒ No <br> ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** <br> ☐ No <br> ☒ Yes. Specify each creditor, including this creditor and its relative priority. <br> Specified on line 2.2 | **As of the petition filing date, the claim is:** Check all that apply <br> ☐ Contingent <br> ☒ Unliquidated <br> ☒ Disputed | | |

---

| 2.4 | NYC Water Board | Describe debtor's property that is subject to a lien | $5,159.53 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | 99-04 212 Street Jamaica, NY 11429 | | |
| | Andrew Rettig <br> Assistant Counsel <br> 59-17 Junction Blvd, 13th Floor <br> Elmhurst, NY 11373-5188 | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Is the creditor an insider or related party?** <br> ☒ No | | |
| | Creditor's email address, if known | ☐ Yes <br> **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ☒ No <br> ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** <br> ☐ No <br> ☒ Yes. Specify each creditor, including this creditor and its relative priority. <br> Specified on line 2.2 | **As of the petition filing date, the claim is:** Check all that apply <br> ☐ Contingent <br> ☒ Unliquidated <br> ☒ Disputed | | |

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $563,792.42

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

---

| Debtor | QVA9 Management Inc. | Case number (if known) | 22-42582 |
|---|---|---|---|
| | Name | | |

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Gregory Wallach | Line  2.2 | |
| Stephen Siegel<br>98-41 Queens Boulevard - Apt. 4C<br>Rego Park, NY 11374 | Line  2.1 | |
| Steven M. Palmer<br>175 Mile Crossing Boulevard<br><br>Rochester, NY 14624 | Line  2.1 | |

**Fill in this information to identify the case:**

Debtor name: QVA9 Management Inc.

United States Bankruptcy Court for the: EASTERN DISTRICT OF NEW YORK

Case number (if known): 22-42582

☐ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | Unknown | Unknown |
|  | Date or dates debt was incurred | Basis for the claim: | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>NYC Department of Finance<br>345 Adams Street, 3rd Fl<br>Brooklyn, NY 11201-3719 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | Unknown | Unknown |
|  | Date or dates debt was incurred | Basis for the claim: | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.3 | Priority creditor's name and mailing address<br>NYS Department of Tax & Finance<br>P.O. Box 5300<br>Albany, NY 12205 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | Unknown | Unknown |
|  | Date or dates debt was incurred | Basis for the claim: | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| Debtor | QVA9 Management Inc. | Case number (if known) | 22-42582 |
|---|---|---|---|
| | Name | | |

### 2.4

Priority creditor's name and mailing address
NYS Department of Tax and Finance
TCD Building 8, Room 455
W. A. Harriman State Campus
Albany, NY 12227

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

### 3.1

**Nonpriority creditor's name and mailing address**
Daniel Ezenyilimba
c/o Law Offices of Osita Okocha, P.C.
126 Wilson Avenue
Medford, NY 11763

As of the petition filing date, the claim is: Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

$0.00

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

### 3.2

**Nonpriority creditor's name and mailing address**
NYC Department of Housing Preservation
100 Gold Street, 3rd Floor
New York, NY 10038

As of the petition filing date, the claim is: Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Unknown

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

### 3.3

**Nonpriority creditor's name and mailing address**
NYC Department of Transportation
100 Church Street
New York, NY 10007

As of the petition filing date, the claim is: Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Unknown

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

### 3.4

**Nonpriority creditor's name and mailing address**
NYC Environmental
59-17 Junction Blvd
East Elmhurst, NY 11369

As of the petition filing date, the claim is: Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Unknown

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

### 3.5

**Nonpriority creditor's name and mailing address**
Portfolio Recovery Association
140 Corporate Blvd
Norfolk, VA 23502

As of the petition filing date, the claim is: Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Unknown

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

| Debtor | QVA9 Management Inc. | Case number (if known) | 22-42582 |
|---|---|---|---|
| | Name | | |

| 3.6 | **Nonpriority creditor's name and mailing address**<br>United States Attorney<br>Attn: Bonni Perlin<br>Bankruptcy Coordinator Civil Division<br>271 Cadman Plaza East<br>Brooklyn, NY 11201-1820 | **As of the petition filing date, the claim is:** Check all that apply.<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | Unknown |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address**<br>US Department of HHS<br>Office of General Counsel<br>26 Federal Plaza, Room 39<br>New York, NY 10278 | **As of the petition filing date, the claim is:** Check all that apply.<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | Unknown |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes | |

| 3.8 | **Nonpriority creditor's name and mailing address**<br>US Department of HUD<br>Office of Regional Counsel<br>26 Federal Plaza, Room 35<br>New York, NY 10278 | **As of the petition filing date, the claim is:** Check all that apply.<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | Unknown |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes | |

| 3.9 | **Nonpriority creditor's name and mailing address**<br>US Environmental Protection Office<br>Attn Douglas Fischer, Esq.<br>290 Broadway<br>New York, NY 10007-1866 | **As of the petition filing date, the claim is:** Check all that apply.<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | Unknown |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes | |

**Part 3:   List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|
| | | |

**Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.   Add the amounts of priority and nonpriority unsecured claims.

| | | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a.   $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 0.00 |
| **5c. Total of Parts 1 and 2**<br>       Lines 5a + 5b = 5c. | 5c.   $ | 0.00 |

| **Fill in this information to identify the case:** |
|---|
| Debtor name    QVA9 Management Inc. |
| United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK |
| Case number (if known)   22-42582 |

☐ Check if this is an amended filing

## Official Form 206G
### Schedule G: Executory Contracts and Unexpired Leases                                12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☒ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name: QVA9 Management Inc.

United States Bankruptcy Court for the: EASTERN DISTRICT OF NEW YORK

Case number (if known): 22-42582

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor** | | *Column 2:* **Creditor** |

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Daniel Ezenyilimba | c/o Law Offices of Osita Okocha, P.C.<br>126 Wilson Avenue<br>Medford, NY 11763 | HSBC Bank USA, N.A. Trustee | ☒ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | Daniel Ezenyilimba | c/o Law Offices of Osita Okocha, P.C.<br>126 Wilson Avenue<br>Medford, NY 11763 | Nationstar Mortgage LLC (Mort. servicer) | ☒ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |